Félix Benítez Rexach, demandante y apelado, *v.* Sergio Muñoz y Domingo Quintana, demandados y apelantes.

No. 5889.—*Sometido:* Enero 18, 1933. *Resuelto:* Julio 28, 1933.

*González Fagundo & González Jr.* y *R. Cuevas Zequeira,* abogados de los apelantes; *R. Buscaglia,* abogado del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

En 6 de abril de 1928 Eusebio Benítez, Sergio Muñoz y Domingo Quintana otorgaron un pagaré solidario a favor del Banco de Yabucoa por $3,000. El banco inició procedimiento contra los tres deudores nombrados. El 6 de diciembre de 1928 se registró sentencia en rebeldía contra Domingo Quintana y Sergio Muñoz. Luego de un juicio se dictó la misma sentencia contra Eusebio Benítez. Con anterioridad a la sentencia el demandante obtuvo una orden para asegurar la efectividad de la misma. En cumplimiento de esta orden el márshal procedió a embargar propiedad perteneciente al demandado Eusebio Benítez. Se presentó una moción para levantar este embargo substituyéndolo con una fianza. Esta fianza fué suscrita por Santiago Iglesias Silva y Félix Benítez Rexach, el demandante y apelado en este recurso. Como los demandados no pagaron, después de algunos procedimientos preliminares que no discutiremos se dictó sentencia contra dichos fiadores por el importe de la

reclamación. Esta sentencia se convirtió nominalmente en firme.

La demanda en este caso radicada por Félix Benítez Rexach contra Sergio Muñoz y Domingo Quintana aduce que la sentencia obtenida en el caso No. 13503 contra los deudores Sergio Muñoz y Domingo Quintana fué cedida o transferida a Félix Benítez Rexach. Los demandados alegaron que lo que Félix Benítez Rexach había hecho en realidad fué pagar la sentencia dictada contra él como fiador y que por ende, como la sentencia en el aludido caso fué satisfecha, Félix Benítez Rexach no tenía reclamación alguna contra los deudores principales en el ameritado pleito. La Corte de Distrito de Humacao, aunque tal vez la cuestión no fué claramente suscitada, resolvió que la sentencia contra los fiadores era nula y carecía de todo valor toda vez que el Banco de Yabucoa había dejado de hacer ciertas supuestas cosas necesarias. Nos inclinamos a creer que la corte estaba equivocada en esta resolución, mas convenimos con el apelado en que ella no determina el caso. La corte aparentemente resolvía que la actuación de Félix Benítez Rexach nunca podía equivaler a un pago de la sentencia ya que no existía sentencia válida contra él. Empero la sentencia apelada debe ser confirmada en vista de que el apelado Félix Benítez Rexach probó durante el juicio que en el caso No. 13503 el Banco de Yabucoa hizo un traspaso claro de su reclamación. Convenimos con el apelado en que ésta fué, una cesión de la sentencia tan suficiente como podía hacerse.

Los apelantes sostienen que había tres sentencias en el caso, según entendemos, una contra Sergio Muñoz y Domingo Quintana, otra contra Eusebio Benítez y otra más contra Félix Benítez Rexach. Sin embargo, lo que el Banco de Yabucoa hizo fué vender la sentencia que había obtenido en el pleito anterior, incluyendo aquella contra Sergio Muñoz y Domingo Quintana. Convenimos con el apelado en que no hubo prueba en el caso para demostrar que Félix Benítez Rexach en sus negociaciones con el banco pagó la sentencia,

mas dicha prueba tendió a demostrar que hubo una verdadera cesión. La corte así lo resolvió. No importa, por consiguiente, que la corte estuviese equivocada al decir que la sentencia contra Félix Benítez Rexach y Santiago Iglesias Silva era nula y carecía de todo valor.

Igualmente creemos que no fué un error perjudicial, de serlo, que la corte permitiera que Rafael Buscaglia declarara durante el juicio.

*La sentencia apelada debe ser confirmada.*